UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31272
Summary Calendar

_____


DONALD L. LAMB; IVAN AUGUSTO YURGAQUI,

Plaintiffs-Appellants,

versus

WILLIAM J. CLINTON, President of the United
States of America; WILLIAM COHEN, Secretary of
Defense of the United States of America; ALBERT
ALEMAN ZUBIETA, Administrator, Panama Canal
Commission, a Government Corporation,

Defendants-Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 97-CV-816-C

March 3, 1999

Before POLITZ, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Donald L. Lamb and Ivan Augusto Yurgaqui, *pro se*, challenge
the district court's dismissal of their action, pursuant to FED. R.
CIV. P. 12(b)(6), for failure to state a claim.  They maintain that
the district court erred in failing to conduct an evidentiary

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

hearing prior to dismissing their claims and in dismissing their claims under the doctrine of *res judicata*.  They also renew their claims raised in the original complaint.  (The Reply Brief is stricken for non-compliance with 5TH CIR. R. 28.)

Pursuant to our review of the briefs and record, we conclude that the district court did not commit error.  *See* **Donald L. Lamb, et al. v. William J. Clinton, President of the United States of America, et al.**, No. 97-0816-C (E.D. La. Oct. 28, 1997). Accordingly, the judgment is

***AFFIRMED.***
